08 CV 5480

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PAN AMERICAN WORLD AIRWAYS, INC.

                               Plaintiff,

    -against-                                       RULE 7.1 DISCLOSURE
                                                         STATEMENT

VETEMENTS, INC. and KINSER CHIU

                               Defendants.

-------------------------------------------------------X

RECEIVED JUN 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

### RULE 7.1 DISCLOSURE STATEMENT OF PAN AMERICAN WORLD AIRWAYS, INC.

Plaintiff Pan American World Airways, Inc. submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and provides the following information:

Defendant Pan American World Airways, Inc. is a wholly owned subsidiary of defendant Pan Am Systems, Inc. Pan Am Systems, Inc. is a privately owned corporation that has no parent corporation. Accordingly, no public company owns ten percent or more of the stock of the defendants.

Dated: New York, New York
       June __, 2008

WINSTON & STRAWN LLP

By: _____
Thomas J. Quigley
tquigley@winston.com
Luke A. Connelly
lconnelly@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
*Attorneys for Pan American World Airways, Inc.*