Job#:N-A032-6/10-8129                                         Winston & Strawn

# AFFIDAVIT OF SERVICE

Index #: 08CV5480

COURT: United States District      COUNTY: Southern N.Y.

-----------------------------------

**Pan American World Airways Inc.**

                              Plaintiff

        against

**Vetements Inc. and Kinser Chiu**

                              Defendant

-----------------------------------

**STATE OF NEW YORK, COUNTY OF New York**     :SS:

**Robert Lee Jenkins** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on **June 20, 2008 at 3:15 pm**
at **241 West 37th Street, Suite 726, New York, New York, 10018**

I served the **Summons and Complaint and Demand for Jury Trial**

upon: **Vetements Inc.**
therein named, by delivering to & leaving personally with
**Frank Lee**, a true copy of each thereof
Deponent describes the person actually served as follows:

    SEX:        Male
    COLOR:      Oriental
    HAIR:       Black
    AGE:        40
    APP HT:     5'4 "
    APP WT:     150

DEPONENT further says; that at the time of such service I knew the said person served to be authorized to accept service

Sworn to before me this
June 23, 2008

Lana Faith Pollack
Commissioner of Deeds
No. 1-5597
Qualified in New York County
Commission Expires July 1, 2008

                                      Robert Lee Jenkins/1189336

The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PAN AMERICAN WORLD AIRWAYS, INC.

V.

VETEMENTS, INC. and KINSER CHIU

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5480

TO: (Name and address of Defendant)

Vetements, Inc.
241 West 37th Street, Suite 726
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Quigley
Luke A. Connelly
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         JUN 17 2008

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                  Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.