Job # N-A032-6/10-8131                        Winston & Strawn

## AFFIDAVIT OF SERVICE

COURT: United States District     COUNTY: Southern N.Y.

--------------------------------------  
Index #: 08CV 5480

**Pan American World Airways Inc.**
                 Plaintiff

        against

**Vetements Inc. and Kinser Chiu**
                Defendant
--------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
**Robert Lee Jenkins** being duly sworn, desposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:

That on **June 20, 2008** at **3:15 pm**
at **241 West 37th Street, Suite 726, , New York, New York, 10018**
I SERVED a true copy of the **Summons and Verified Complaint**
upon **Kinser Chiu**
therein named by delivering to, and leaving a true copy of said
**Summons and Verified Complaint**
with a person of suitable age and discretion to wit:
**Frank Lee, co-worker**

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

         SEX:      Male
         COLOR:    Oriental
         HAIR:     Black
         AGE:      40
         HEIGHT:    5'4 "
         WEIGHT:    150

On **June 23, 2008**
I deposited in the United States mails a true copy or copies of the
**Summons and Verified Complaint** in a properly enclosed and sealed post paid
wrapper addressed to the said defendant(s) at the afformentioned address.
Copy mailed first class mail marked "Personal and Confidential" not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
June 23, 2008                              _____
                                              Robert Lee Jenkins 1189336
Lana Faith Pollack
Commissioner of Deeds
No. 1-8587
Certificate Filed in New York County
Commission Expires July 1, 2008

THE LETTER OF THE LAW PROCESS SERVICE CO. INC, 577 GRAND STREET, SUITE F907, N.Y. 10002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

PAN AMERICAN WORLD AIRWAYS, INC.

V.

VETEMENTS, INC. and KINSER CHIU

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5480

TO: (Name and address of Defendant)

Kinser Chiu
241 West 37th Street, Suite 726
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Quigley
Luke A. Connelly
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JUN 17 2008

CLERK _[signature]_                               DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                            Date                          *Signature of Server*

                                                         _____

                                                         *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.