08 CV 5480

KOELTS1
PART I

11:00 am

Thomas J. Quigley, Esq.
Luke A. Connelly, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

Attorneys for Plaintiff Pan American World Airways, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

PAN AMERICAN
WORLD AIRWAYS, INC.

          Plaintiff,

      -against-

VETEMENTS, INC. and KINSER CHIU,

          Defendants.

------------------------------------------------------------X

08-CV- 5480 (RJH)

**ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY
RESTRAINING ORDER**

    Upon the declaration of Pan Am Systems Inc. Senior Vice President, Secretary, and General Counsel, Robert B. Culliford, sworn to the 16th day of June, 2008, and the Plaintiff's Memorandum of Law in Support of Its Motion for A Preliminary Injunction and Temporary Restraining Order, and upon the copy of the Complaint annexed hereto, it is

    ORDERED, that the above named Defendants show cause before this Court, at Courtroom **17B**, United States Courthouse, 500 Pearl Street, New York, New York on ~~June~~ **July 8**, at **10** o'clock in the **fore** noon thereof, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and temporarily restraining the Defendants

during the pendency of this action from using the trademarks described in the Declaration of Robert B. Culliford; and it is further

ORDERED that, ~~sufficient reason having been shown therefor,~~ for the reasons stated on the record on June 24 pending the hearing of Plaintiff's application for a preliminary injunction ~~and temporary restraining order~~, pursuant to Rule 65, Fed. R. Civ. P., the Defendants are temporarily restrained and enjoined from using the trademarks described in the Declaration of Robert B. Culliford; and it is further

ORDERED that Defendants are temporarily restrained and enjoined from continuing to manufacture and/or sell merchandise bearing the trademarks described in the Declaration of Robert B. Culliford; and it is further

ORDERED that Defendants are temporarily restrained and enjoined from selling goods labeled "Pan Am for Vetements;" and it is further

ORDERED that security in the amount of $ 5,000. be posted by the Plaintiff prior to July 2, 2008, at 5:00 o'clock in the After noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit served upon the Defendants or their counsel, Raymond W.M. Chin, 305 Broadway, Suite 305, New York, New York 10007, who has previously appeared as Defendant Kinser Chiu's attorney, ~~on~~ or before 5:00 o'clock in the afth noon, June 26, 2008, shall be deemed good and sufficient service thereof; and it is further,

ORDERED that ~~answering~~ supporting and opposing papers, if any, shall be served so as to be received by fax, e-mail or hand as the parties may agree ~~Plaintiff's attorneys, WINSTON & STRAWN, 200 Park Avenue, New York, New York 10166, Attn: Thomas J. Quigley,~~ no later than July 3, 2008 at 5:00 pm ~~2 days prior to the hearing date of this Order to Show Cause~~; and it is further

with courtesy copies delivered by fax to chambers

~~ORDERED that reply papers, if any should be received by Defendants (or their counsel), Raymond W.M. Chin, 305 Broadway, Suite 305, New York, New York 10007, no later than ___ days prior to the hearing date of this Order to Show Cause.~~

DATED:   New York, New York
         June 16, 2008
         *10:00 a.m.*

_____
United States District Judge