UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PAN AMERICAN WORLD AIRWAYS, INC.

                    Plaintiff,

-against-                                                08 Civ. 5480 (RJH)

VETEMENTS, INC. AND KINSER CHIU,              AFFIDAVIT OF SERVICE OF
                                                                     ORDER TO SHOW CAUSE

                    Defendants.
------------------------------------------------------------x

STATE OF NEW YORK       )
                                        SS.:
COUNTY OF NEW YORK   )

       **MARC SAGET**, being duly sworn, deposes and says:

I am not a party within this action, am over 18 years of age and reside in the State of New York, County of Queens.

On the 26th day of June 2008, I served a true copy of the ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER signed by Judge Richard J. Holwell on June 25, 2008 in the above captioned matter upon the following:

                      Raymond W.M. Chin, Esq.
                      305 Brodayway, Suite 305
                      New York, New York 10007

the addresses designated for that purpose by personally delivering true copy thereof to the above listed office.

                                                                             MARC SAGET

Sworn to before me this
26th day of June 2008.

_____
NOTARY PUBLIC

ALAN WALZ
Notary Public, State of New York
No. 01WA4636862
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 31, 2011

NY:1187566.1

08 CV 5480

Rec'd by W. Chin, Receptionist PART I
on 6/26/08 @ 3:15pm.  11:00 am

Thomas J. Quigley, Esq.
Luke A. Connelly, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

Attorneys for Plaintiff Pan American World Airways, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

PAN AMERICAN
WORLD AIRWAYS, INC.

    Plaintiff,

  -against-

VETEMENTS, INC. and KINSER CHIU,

    Defendants.

------------------------------------------------------------X

08-CV- 5480 (RJH)

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY
RESTRAINING ORDER

Upon the declaration of Pan Am Systems Inc. Senior Vice President, Secretary, and General Counsel, Robert B. Culliford, sworn to the 16th day of June, 2008, and the Plaintiff's Memorandum of Law in Support of Its Motion for A Preliminary Injunction and Temporary Restraining Order, and upon the copy of the Complaint annexed hereto, it is

  ORDERED, that the above named Defendants show cause before this Court, at Courtroom 17B, United States Courthouse, 500 Pearl Street, New York, New York on July 8,  at 10 o'clock in the fore noon thereof, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and temporarily restraining the Defendants

Job#:N-A032-6/10-8130                                              Winston & Strawn

# AFFIDAVIT OF SERVICE

Index #: 08CV5480

COURT: United States District    COUNTY: Southern N.Y.

---

**Pan American World Airways Inc.**

                                  Plaintiff

        against

**Vetements Inc. and Kinser Chiu**

                                  Defendant

---

**STATE OF NEW YORK, COUNTY OF New York**     :SS:

**Robert Lee Jenkins** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on **June 20, 2008** at **3:15 pm**
at **241 West 37th Street, Suite 726, New York, New York, 10018**

I served the Rule 7.1 Disclosure Statement, Memorandum of Law in Support of its Motion for Preliminary Injunction and TRO, and Order to Show Cause for Preliminary Injunction and TRO, & Electronic Case Filing Rules
upon: **Vetements Inc.**
therein named, by delivering to & leaving personally with
**Frank Lee**, a true copy of each thereof
Deponent describes the person actually served as follows:

      SEX:        Male
      COLOR:      Oriental
      HAIR:       Black
      AGE:        40
      APP HT:     5'4"
      APP WT:     150

DEPONENT further says; that at the time of such service I knew the said person served to be authorized to accept service

Sworn to before me this
June 23, 2008

Lana Faith Pollack
Commissioner of Deeds
No. 1-5787
Qualified in New York County
Commission Expires July 1, 2008

                                            Robert Lee Jenkins 1189336

Job #  N-A032-6/10-8132                                           Winston & Strawn

## AFFIDAVIT OF SERVICE

COURT: United States District        COUNTY: Southern N.Y.

----------------------------------                    Index #: 08CV5480

**Pan American World Airways Inc.**
                Plaintiff
      against

**Vetements, Inc. and Kinser Chiu**
                Defendant
----------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
**Robert Lee Jenkins** being duly sworn, desposes and says:
I am over 18 years of age, not a party to this action and reside in
the State of New York:

That on **June 20, 2008** at **3:15 pm**
at **241 West 37th Street, Suite 726, , New York, New York, 10018**
I SERVED a true copy of the **Rule 7.1 Disclosure Statement, Memorandum
of Law in Support of its Motion for Preliminary Injunction and TRO, Order**
upon **Kinser Chiu**
therein named by delivering to, and leaving a true copy of said
**Rule 7.1 Disclosure Statement, Memorandum of Law in Support of its Motion for
Preliminary Injunction and TRO, Order** for Show Cause for
**Preliminary Injunction and TRO, and Electronic Case Filing Rules**
with a person of suitable age and discretion to wit:
**Frank Lee, co-worker**
Deponent describes person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

        SEX:       Male
        COLOR:     Oriental
        HAIR:      Black
        AGE:       40
        HEIGHT:    5'4 "
        WEIGHT:    150

On **June 23, 2008**
I deposited in the United States mails a true copy or copies of the
**papers mentioned above** in a properly enclosed and sealed post paid
wrapper addressed to the said defendant(s) at the afformentioned address.
Copy mailed first class mail marked "Personal and Confidential" not indicating on the
outside thereof, by return address or otherwise that said notice is from an attorney or
concerns an action against the person to be served.

Sworn to before me this
 June 23, 2008

Lana Faith Pollack
Commissioner of Deeds
No. 1-5547
Certificate Filed in New York County
Commission Expires July 1, 2008

                                        Robert Lee Jenkins 1189336

THE LETTER OF THE LAW PROCESS SERVICE CO. INC, 577 GRAND STREET, SUITE F907, N.Y. 10002