UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAN AMERICAN WORLD AIRWAYS, INC.,

                      Plaintiff,

-against-

VETEMENTS, INC. and
KINSER CHIU

                      Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

08 Civ. 5480 (RJH)

**ORDER**

      On the consent of the parties, the hearing on plaintiff's application for a preliminary injunction is adjourned sine die. The parties are directed to appear for a conference in this matter on July 31, 2008, at 10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
        July 23, 2008

                                                  Richard J. Holwell
                                                  United States District Judge