```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 8/28/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAN AMERICAN WORLD AIRWAYS, INC.,

                     Plaintiff,

-against-

VETEMENTS, INC. and KINSER CHIU,

                     Defendants.

08 Civ. 5480 (RJH)

**ORDER**

---

       The parties are directed to appear for a hearing on plaintiff's motion for a preliminary injunction on October 16, 2008, at 4:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. The temporary restraining order already in place will continue until this motion is decided.

SO ORDERED.

Dated: New York, New York
       August 27, 2008

                                                       Richard J. Holwell
                                                       United States District Judge