UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
PAN AMERICAN WORLD AIRWAYS, Inc.,    :    08 Civ. 05480 (RJH)
:
Plaintiff,    :
:
-against-    :    **ORDER**
:
VETEMENTS, Inc., et al,    :
:
:
Defendants.    :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

The pretrial conference presently scheduled for September 01, 2009 is adjourned to September 15, 2009, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 03, 2009
SO ORDERED:

_____
**Richard J. Holwell
United States District Judge**